1  C. Brandon Wisoff (State Bar No. 121930)
   bwisoff@fbm.com
2  Eric D. Monek Anderson (State Bar No. 320934)
   emonekanderson@fbm.com
3  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, California 94104
   Telephone: (415) 954-4400
5  Facsimile: (415) 954-4480

6  Maeve L. O'Connor (*pro hac vice* application forthcoming)
   Elliot Greenfield (*pro hac vice* application forthcoming)
7  Debevoise & Plimpton LLP
   919 Third Avenue
8  New York, New York 10022
   Telephone: (212) 909-6000
9  Email: mloconnor@debevoise.com
   Email: egreenfield@debevoise.com
10
   Attorneys for Defendants
11 ROBINHOOD MARKETS, INC.;
   ROBINHOOD FINANCIAL LLC;
12 ROBINHOOD SECURITIES, LLC

13                **UNITED STATES DISTRICT COURT**

14                **NORTHERN DISTRICT OF CALIFORNIA**

15                     **SAN FRANCISCO DIVISION**

16

| 17 | SETH STEWART, individually and as a representative of the class, | Case No.: |
|---|---|---|
| 18 |  | **DECLARATION OF MILES WELLESLEY IN SUPPORT OF NOTICE OF REMOVAL** |
| 19 | Plaintiff, |  |
| 20 | vs. |  |
| 21 | ROBINHOOD FINANCIAL, LLC, ROBINHOOD MARKETS, INC. and ROBINHOOD SECURITIES, LLC, |  |
| 22 |  |  |
| 23 | Defendants. |  |

24         I, Miles Wellesley, hereby declare and state as follows:

25         1.      I am over the age of eighteen and competent to testify to the facts stated herein. If

26 called upon to testify, I could and would testify competently to the matters set forth herein.

27         2.      I submit this declaration in support of the notice of removal filed by Robinhood

28

1  Markets, Inc., Robinhood Financial LLC and Robinhood Securities, LLC (collectively,
2  "Robinhood").
3      3.   I currently am the Vice President of Corporate Development & Growth
4  Partnerships at Robinhood Markets, Inc. I have been employed by Robinhood Markets for over
5  six years. In my capacity, I am familiar with Robinhood Markets' operations, corporate activities,
6  and relationship with its various subsidiaries, including Robinhood Financial LLC and Robinhood
7  Securities, LLC.
8      4.   Robinhood Markets, Inc. is a Delaware corporation with a principal place of
9  business in Menlo Park, California.
10     5.   Robinhood Financial LLC is a Delaware limited liability company. Robinhood
11 Markets, Inc. is the sole owner and member of Robinhood Financial LLC.
12     6.   Robinhood Securities, LLC is a Delaware limited liability company. Robinhood
13 Markets, Inc. is the sole owner and member of Robinhood Securities, LLC.
14     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true
15 and correct.
16     Executed this 7th day of January 2021, at Nashville, Tennessee.

DocuSigned by:

*Miles Wellesley*

—04642DF9BBAB437...

Miles Wellesley